IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CASE NO.: 1:26-cv-03892-DLF

CHRISTOPHER MICHAEL ALBERTS,

Plaintiffs,

v.

UNITED STATES OF AMERICA,
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Defendant.
__________________________________/

**PLAINTIFFS' STATEMENT NOTING THE DEATH OF PLAINTIFF KIMBERLY SABBAGH**

The Plaintiffs, by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 25(a), hereby note on the record the death of Plaintiff Kimberly Sabbagh, and state as follows:

1. Kimberly Sabbagh is one of the seventeen (17) Plaintiffs named in the Complaint Pursuant to the Federal Tort Claims Act filed in this action. Her claims are set out in the Complaint, including paragraph 17 and paragraphs 497 through 513.

2. Ms. Sabbagh died on or about November 9, 2026. At the time of her death she lived in Long Beach, New York.

3. Ms. Sabbagh's claims against the United States were not extinguished by her death. Counsel expects that a proper party, the personal representative of her estate or another successor, will move to be substituted for her under Rule 25(a)(1) within the time the Rule allows.

4. The death of Ms. Sabbagh does not affect the claims of the remaining sixteen (16) Plaintiffs. Under Rule 25(a)(2), this action continues in favor of those Plaintiffs.

5. This Statement is served in the manner required by Rule 25(a)(3).

Respectfully submitted, Dated: November 13, 2026

**THE TICKTIN LAW GROUP**
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Telephone: (954) 570-6757

_/s/ *Peter Ticktin*________
PETER TICKTIN, ESQUIRE
Florida Bar No. 887935
Serv512@LegalBrains.com
ROGER ROOTS, ESQUIRE
Rhode Island Bar No. 6752
Serv517@LegalBrains.com